ALBANY,
Oct. 1828.

The People
v.
Saratoga C. P.

LATHAM, executor, *ads.* WINCHELL.

MOTION for judgment as in case of nonsuit. The notice of this motion was given on the *eleventh* day of October, for the first day of the present term, on an affidavit, stating that the cause had not been noticed for trial at the Oneida circuit, which was then holding, and at which junior issues had been tried.

*Notice for judgment as in case of nonsuit may be given, after a circuit has commenced at which the cause ought to have been tried, and junior issues have been tried.*

*J. A. Spencer,* for defendant.

*G. C. Bronson,* for plaintiff, relied upon 6 *Cowen,* 392, *id.* 388, in opposition to the motion.

*By the Court,* SUTHERLAND, J. This application is distinguishable from that in 6 *Cowen,* 392. There the notice was given previous to the circuit, which might have fallen through. Here it was not given until after the circuit had commenced, nor until younger issues had been tried. The motion is granted, unless the plaintiff stipulates, &c.